**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Marsha Bressler, | : |
| | : |
| | : Civil Action No.: 4:16-cv-00277-MWB |
| Plaintiff, | : |
| v. | : |
| | : |
| American Wireless, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Marsha Bressler ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 9, 2016

                                                  Respectfully submitted,

                                                  PLAINTIFF, Marsha Bressler

                                                  /s/ Jody B. Burton

                                                  Jody B. Burton, Esq.
                                                  Bar No.: 71681
                                                  LEMBERG LAW, L.L.C.
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 9, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  /s/ Jody B. Burton_____

                Jody B. Burton